IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FREDERICK E. WILLIAMS**                                                                                     **PLAINTIFF**

**V.**                                                                                     **NO. 3:25-CV-280-DMB-RP**

**WALTER RAYFORD, M.D.; and
THE UROLOGY GROUP, P.C.**                                                                                     **DEFENDANTS**

**ORDER**

On October 8, 2025, United States Magistrate Judge Roy Percy issued a report ("R&R") recommending that this case be dismissed without prejudice. Doc. #9. The R&R warned:

> [F]ailure to file written objections to the proposed findings, conclusions, and recommendations in [the R&R] within 14 days after being served with a copy bars [a] party from: (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, … and (2) appellate review, except on grounds of plain error, of unobjected-to proposed factual findings and legal conclusions accept[ed] by the district court.

*Id.* at 2–3 (emphasis in original). No objections to the R&R were filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court despite being served with notice of the consequences of failing to object." *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (cleaned up). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes the R&R is neither

clearly erroneous nor contrary to law, the R&R [9] is **ADOPTED** as order of the Court.[1]  This case is **DISMISSED without prejudice**.

    **SO ORDERED**, this 29th day of October, 2025.

                                                     **/s/Debra M. Brown**
                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] Consequently, Williams' October 2 motion to amend his complaint will be terminated.  The R&R noted that "the proposed amendment does not cure the defects [in the complaint]."  Doc. #9 at 1 n.1.